UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR ROAT,<br>　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　　Defendant. | No. 2:18-cv-182<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the Order (ECF No. 17) entered in this case:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is **VACATED** and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**IT IS SO ORDERED.**

Date:  February 20, 2020                                      /s/ Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge